IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of Shahab Eddin Fotouhi - #168301

/

No. C 14-80169 WHA

**ORDER OF SUSPENSION**

 

Because Shahab Eddin Fotouhi has failed to respond to the order to show cause, Mr. Fotouhi's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: July 31, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE